NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000074
09-FEB-2017
08:01 AM

NO. CAAP-16-0000074

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

TERESA CHAO, Employee-Apellant-Appellee, v.
KALIHI-PALAMA HEALTH CENTER, Employer-Appellee-Appellant,
and
STATE OF HAWAI‘I, DEPARTMENT OF LABOR AND
INDUSTRIAL RELATIONS, EMPLOYMENT SECURITY
APPEALS REFEREES' OFFICE, Agency-Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1258)

ORDER APPROVING THE FEBRUARY 2, 2017
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice filed on February 2, 2017 and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai‘i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. Each party shall bear their own costs and fees.

DATED: Honolulu, Hawai‘i, February 9, 2017.

Presiding Judge

Associate Judge

Associate Judge